**Order entered April 22, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00695-CV

## IN RE WALNUT HILL PHYSICIANS' HOSPITAL, LLC D/B/A WALNUT HILL MEDICAL CENTER, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06696**

### ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.[1]

/s/     LESLIE OSBORNE
JUSTICE

---

[1] Justice Goldstein would grant the petition for writ of mandamus.